IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:20-CR-64-CAR-CHW-1 |
| | : | |
| RODRICK TAYLOR, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON MOTION TO CONTINUE**

Before the Court is the Defendant Rodrick Taylor's Motion to Continue [Doc. 42] the pretrial conference in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, in Athens, Georgia. On September 15, 2020, the Grand Jury returned a multi-count indictment charging Defendant Rodrick Taylor with possession with intent to distribute heroin, possession of a firearm in furtherance of a drug trafficking crime, and possession of a firearm by a convicted felon. On January 6, 2021, Defendant was appointed counsel and pled not guilty at his arraignment. Defendant was ordered detained pending trial.

In the Motion, Defense Counsel represents that he is recovering from injuries sustained in a car accident and has not been able to review discovery with Defendant. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's Motion. The ends of justice served by granting a continuance outweigh the

interests of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation could result in a miscarriage of justice. Thus, Defendant's Motion to Continue Trial [Doc. 42] is **GRANTED**, and **IT IS HEREBY ORDERED** that both of Defendant's cases be continued until the October 24, 2022 term of Court for the Athens Division. The Court expects Defense Counsel to diligently review discovery and meet with Defendant before the October trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 15th day of July, 2022.

                                              s/ C. Ashley Royal
                                              C. ASHLEY ROYAL, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT